IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dunigan Jr, Willie Clinton

Printed: 11/27/07

Case Number: 07 B 02300
Judge: Hollis, Pamela S
Filed: 2/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 15, 2007
Confirmed: April 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 820.00 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 715.72 |
| Trustee Fee: |  | 44.28 |
| Other Funds: |  | 0.00 |
| Totals: | 820.00 | 820.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,085.20 | 715.72 |
| 2. | Fifth Third Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Village of Flossmoor | Secured | 292.25 | 60.00 |
| 5. | Chestnut Hill Homeowners | Secured | 4,000.00 | 0.00 |
| 6. | Fifth Third Bank | Secured | 2,696.08 | 0.00 |
| 7. | Wells Fargo Home Mortgage | Secured | 15,687.54 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 30.66 | 0.00 |
| 9. | Illinois Institute Of Technology | Unsecured | 718.13 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 55.00 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,605.70 | 0.00 |
| 12. | Fifth Third Bank | Unsecured | 258.21 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 791.78 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 16.76 | 0.00 |
| 15. | DaimlerChrysler Servs North America | Unsecured | 690.04 | 0.00 |
| 16. | T Mobile | Unsecured | 62.22 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 10.58 | 0.00 |
| 18. | Credit First | Unsecured | 116.49 | 0.00 |
| 19. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 21. | Direct Tv | Unsecured |  | No Claim Filed |
| 22. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 23. | Primary Healthcare Associates | Unsecured |  | No Claim Filed |
| 24. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 25. | Hsbc Nv | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Dunigan Jr, Willie Clinton | Case Number: 07 B 02300 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 11/27/07 | Filed: 2/9/07 |

| 26. | United Cash Loans | Unsecured |  | No Claim Filed |
|---|---|---|---|---|
| 27. | Primary Healthcare Associates | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 29,116.64 | $ 775.72 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 44.28 |
|  | _____ |
|  | $ 44.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_